IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 11-70178-HDH-13 |
| JOANN BUSE GREEN | DATED: October 17, 2013 |
| | HEARING DATE: October 16, 2013 |
| | HEARING TIME: 10:00 AM |

**NOTICE OF WITHDRAWAL OF THE TRUSTEE'S MOTION TO DISMISS**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, AND HEREBY WITHDRAWS his "MOTION TO DISMISS" without prejudice to refilling the same, for the Motion dated 09-16-2013.

 /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Withdrawal of the Trustee's Motion to Dismiss was this date served on the following parties electronically or by U.S first class mail:

 /s/  Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

| | |
|---|---|
| Debtor Attorney | United States Trustee |
|   MONTE J WHITE | William T. Neary |
|   ATTORNEY AT LAW | 1100 Commerce Street,  RM 9C60 |
|   1106 BROOK AVE HAMILTON PLACE | Dallas, TX  75242 |
|   WICHITA FALLS TX 76301-0000 | |

| | |
|---|---|
| Debtor1: | Debtor 2: |
| JOANN BUSE GREEN | |
| 1711 8TH ST | |
| | |
| WICHITA FALLS TX 76301 | |